# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEANNA M. MACKEY,<br>    Plaintiff,<br>v.<br>JUDGE ROBERT N. LANE, et al.,<br>    Defendants. | Case No. 2:24-cv-01200-JAD-NJK<br><br>**ORDER**<br>[Docket No. 1] |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. The application is incomplete because Plaintiff failed to fully answer question number 2. Specifically, Plaintiff failed to include her employer's name and address, her take-home pay, and specify the pay period. *Id*. at 1. Further, Plaintiff stated that she receives SSI and widow's pay, but failed to state the amount she has received and what she expects to receive in the future. *Id*.

Accordingly, Plaintiff's application to proceed *in forma pauperis*, Docket No. 1, is **DENIED** without prejudice. No later than **September 8, 2024**, Plaintiff must either (1) file a fully complete application to proceed *in forma pauperis*; or (2) pay the $405 fee for filing a civil action. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**

The Clerk's Office is **INSTRUCTED** to send Plaintiff the approved form application to proceed *in forma pauperis* by a non-incarcerated person.

IT IS SO ORDERED.

Dated: August 8, 2024.

Nancy J. Koppe
United States Magistrate Judge